The document below is hereby signed.

Signed: August 31, 2020



*S. Martin Teel, Jr.*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| In re | ) | |
|---|---|---|
| | ) | |
| | ) | Case No. 19-00626 |
| THOMAS RILEY STRATEGIES, | ) | (Chapter 11) |
| L.L.C. , | ) | |
| | ) | Not for publication in |
| Debtor. | ) | West's Bankruptcy Reporter |

<u>MEMORANDUM DECISION AND ORDER RE MOTION TO DISMISS CASE</u>

No party has opposed the motion to dismiss this case. It is

ORDERED that the debtor's request to dismiss this case is granted, and the case is dismissed, but the debtor's request to close the case under 11 U.S.C. § 350(a) is denied.[1]

[Signed and dated above.]

Copies to: E-recipients; all entities on BNC mailing list.

---

[1] The estate has not been fully administered within the meaning of 11 U.S.C. § 350(a): no plan was confirmed. *See In re Gould*, 437 B.R. 34, 39 (Bankr. D. Conn. 2010) ("a case is fully administered when a plan is confirmed" and certain other events have occurred). *See also In re Brooks*, No. 17-13033-SAH, 2018 WL 735931, at *2 (Bankr. W.D. Okla. Feb. 6, 2018). Nor do I include in this dismissal order various unnecessary recitations (contained in the debtor's proposed order) regarding good faith of the debtor and its principals, management, and professionals, and regarding the history of the case. This order fully disposes of the debtor's *Motion to Dismiss Chapter 11 Case*.